1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**SOUTHERN DISTRICT OF CALIFORNIA**

11

12    AISHA DANIELS,                               CASE NO. 13cv2165 WQH
                                                   (WVG)
13                                    Plaintiff,
              vs.                                  ORDER
14    FIRST MORTGAGE
15    CORPORATION,

16                                    Defendant.

17

18    HAYES, Judge:

19           The matter before the Court is Motion for Leave to Proceed In Forma Pauperis

20    ("Motion to Proceed IFP") (ECF No. 2).

21           On September 13, 2013, Plaintiff Aisha Daniels, proceeding pro se, initiated this

22    action by filing a Complaint in this Court.  (ECF No. 1).  On September 13, 2013,

23    Plaintiff filed a Motion to Proceed IFP.  (ECF No. 2).

24    **I.    Motion to Proceed IFP**

25           All parties instituting a civil action, suit, or proceeding in a district court of the

26    United States, other than a petition for a writ of habeas corpus, must pay a filing fee of

27    $350.00.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay

28    only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. §

1  1915(a).  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  "To proceed in

2  forma pauperis is a privilege not a right."  *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir.

3  1965).

4       In her accompanying affidavit, Plaintiff states that she is currently employed, and

5  that her take-home salary is $1,000 per pay period.  (ECF No. 2 at 2).  Plaintiff states

6  that she does not receive income from any other sources.  *Id*.  Plaintiff states that she

7  does not have any checking account, savings account, IRA, money market, CDs or other

8  accounts.  *Id*.  Plaintiff owns a 2006 Dodge Magnum automobile, on which she owes

9  $6,000.  *Id*.  Plaintiff also owns a town home, which she asserts, "is probably worth

10  about [$]162,000."  *Id*. at 3.  Plaintiff supports and pays all expenses for her two sons,

11  who live with her.  *Id*.  Plaintiff states that her debts include a mortgage, health

12  insurance, utility bills, phone bills, clothing, food, and gas.  *Id*.

13       The Court reviewed Plaintiff's affidavit and finds that it is sufficient to show that

14  Plaintiff is unable to pay the fees or post securities required to maintain this action.  The

15  Court grants the Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a).

16  **II.    Initial Screening Pursuant to 28 U.S.C. § 1915(e)(2)(B)**

17       A complaint filed by any person proceeding in forma pauperis pursuant to 28

18  U.S.C. § 1915(a) is also subject to mandatory review and sua sponte dismissal to the

19  extent it "is frivolous or malicious; fails to state a claim on which relief may be granted;

20  or seeks monetary relief from a defendant who is immune from such relief."  28 U.S.C.

21  § 1915(e)(2)(B)(i)-(iii); *see Lopez v. Smith*, 203 F.3d 1122, 1126 (9th Cir. 2000) (en

22  banc).  Upon review of the allegations in the Complaint, the Court finds they are

23  sufficient to satisfy the requirements of section 1915(e)(2)(B).  *See Teahan v. Wilhelm*,

24  481 F. Supp. 2d 1115, 1119 (S.D. Cal. 2007) ("[T]he sua sponte screening and dismissal

25  procedure is cumulative of, and not a substitute for, any subsequent Rule 12(b)(6)

26  motion that the defendant may choose to bring.").

27  ///

28  ///

### III.   Conclusion

IT IS HEREBY ORDERED that the Motion for Leave to Proceed In Forma Pauperis (ECF No. 2) is GRANTED.  The Clerk of Court is directed to issue a summons and provide Plaintiff with the summons, certified copies of both this Order and the Complaint, and a blank U.S. Marshal Form 285.  Plaintiff shall complete the U.S. Marshal Form 285, and forward the Form 285 and the designated copies of this Order and the Complaint to the U.S. Marshal.  The U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant as directed by Plaintiff on the U.S. Marshall Form 285.

DATED:  November 18, 2013

**WILLIAM Q. HAYES**
United States District Judge