# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA DANIELS,<br><br>　　　　vs.　　　　Plaintiff,<br><br>FIRST MORTGAGE CORPORATION,<br><br>　　　　　　　　Defendant. | CASE NO. 13cv2165 WQH (WVG)<br><br>ORDER |

HAYES, Judge:

　　On September 13, 2013, Plaintiff Aisha Daniels, proceeding pro se, initiated this action by filing a Complaint in this Court. (ECF No. 1). On September 13, 2013, Plaintiff filed a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(a) ("Motion to Proceed IFP"). (ECF No. 2). On September 13, 2013, Plaintiff filed a Request for Waiver of Service that she mailed to Defendant. (ECF No. 3). The Request for Waiver of Service was not signed or returned by Defendant. On November 18, 2013, the Court granted Plaintiff's Motion to Proceed IFP and ordered Plaintiff to complete U.S. Marshal Form 285 and to forward the form and the designated copies of the Order and the Complaint to the U.S. Marshal. The Court ordered the U.S. Marshal to then serve a copy of the Complaint and summons upon Defendant as directed by

1  Plaintiff on U.S. Marshal Form 285.  (ECF No. 4).  To date, proof of service has not
2  been filed for any Defendant.
3      On May 23, 2014, the Court issued an Order stating:
4  > Federal Rule of Civil Procedure 4 requires that a summons and complaint be served "within 120 days after the complaint is filed." Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within 120 days, the Court may dismiss the action without prejudice after notice to the plaintiff. *See id.*
5  
6  
7  > This Order constitutes notice to Plaintiff that the Court will dismiss this action without prejudice on **June 23, 2014**, unless, before that date, Plaintiff files either: (1) proof that service of the Summons and Complaint was timely effectuated upon Defendant within 120 days after filing of the Complaint, or (2) a declaration under penalty of perjury showing good cause for failure to timely serve Defendant, accompanied by a motion for leave to serve process outside of the 120-day period.
8  
9  
10  
11  (ECF No. 6 at 2).  To date, Plaintiff has not responded to the Order to Show Cause.
12      IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.
13  The Clerk of Court shall close this case.
14  DATED:  July 1, 2014

**WILLIAM Q. HAYES**
United States District Judge